UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH MAGAZINE,
f/k/a ELIZABETH PEKIN,

    Plaintiff,

v.                                          CASE NO. 1:21-cv-06686-LJL

LEGAL BUSINESS SERVICES, LLC, a
Delaware limited liability company,
MOMENTUM FUNDING, LLC, a Delaware
limited liability company,
WESTBURY MANAGEMENT GROUP, LLC,
a Delaware limited liability company, and
PLAINTIFF FUNDING HOLDING, LLC,
a Delaware limited liability company,

    Defendants.
_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff, Elizabeth Magazine f/k/a Elizabeth Pekin (hereafter "Magazine"), by and through her undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice of the voluntary dismissal of this action, without prejudice.

After the Complaint was filed, it was discovered that Defendant Westbury Management Group, LLC, is a citizen of numerous states, including Florida. As such, complete diversity of citizenship does not exist, and this Court is without subject matter jurisdiction.

Date:   August 25, 2021.          Respectfully Submitted,

                                                      s/Jill S. Schwartz
                                                      Jill S. Schwartz, Esquire
                                                      Florida Bar No. 0523021
                                                      JILL S. SCHWARTZ & ASSOCIATES, P.A.
                                                      655 W. Morse Boulevard, Suite 212
                                                      Winter Park, Florida 32789
                                                      Telephone:  (407) 647-8911
                                                      jschwartz@schwartzlawfirm.net